# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andrew P. Iwanowski**                                                   Case No.  **16-14134/sr**
                          Debtor(s)                                              Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016 a copy of Amended Schedule A/B was served electronically or by regular United States mail to the Trustee and all parties listed below.

Andrew P. Iwanowski
120 W. Callowhill Street
Perkasie, PA 18944

Frederick L. Reigle, Chapter 13 Trustee

Office of the U.S. Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**