## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW P. IWANOWSKI                    : CHAPTER 13

: NO. 16-14134/sr

### CERTIFICATION OF NO RESPONSE TO
### ATTORNEY'S APPLICATION FOR COMPENSATION

An Application for Compensation for Bradly E. Allen, debtor's attorney for Approval of Counsel Fees was filed and Notice of Application was sent on March 7, 2017 to all creditors who filed Claims and none of the parties served have filed a Response to Debtor's Application.

s/BRADLY E. ALLEN, ESQUIRE
**BRADLY E. ALLEN,**
**Attorney for Debtor**

Dated: March 23, 2017