# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: ANDREW P. IWANOWSKI
Debtor(s)

Case No. 16-14134/sr
Chapter 13

## ORDER

AND NOW, this _____ day of _____, 2017 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $2,500.00 plus reimbursement of expenses in the amount of $310.00 for a total of $2,810.00 of which $2,500.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated: **March 24, 2017**

HONORABLE STEPHEN RASLAVICH
United States Bankruptcy Judge