United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew P. Iwanowski  
    Debtor

Case No. 16-14134-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 22, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.  
db         +Andrew P. Iwanowski,   120 W. Callowhill Street,   Perkasie, PA 18944-1866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:

        BRADLY E ALLEN    on behalf of Debtor Andrew P. Iwanowski bealaw@verizon.net  
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 7

```
               UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                          3/22/17
```

To: Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

                        In re:  Andrew P. Iwanowski
                        Bankruptcy No. 16-14134-sr
                        Adversary No.
                        Chapter 13

    Re: Application for Compensation

The above pleading was filed in this office on 2/21/17.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

       ( )    Affidavit
       ( )    Certificate of Service
      (xx)   Certification of no response
       ( )    Notice pursuant to Rule 9019
       ( )    Notice pursuant to Rule 2002
       ( )    Notice pursuant to Rule 3007.1
       ( )    Proof of Claim number not noted on
               objection pursuant to Rule 3007.1(a)
       ( )    Proposed Order
       ( )    Stipulation
       ( )    Certification of Default
       ( )    $30.00 Filing Fee for Amendments
       ( )    $25.00 Claims Transfer Fee
       ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                        Timothy B. McGrath
                        Clerk

                        By: ___C. Wagner_____
                            Deputy Clerk

status.frm
(rev. 4/26/13)