United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 16-14134-sr
Andrew P. Iwanowski                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: ChrissyW              Page 1 of 1                  Date Rcvd: Mar 24, 2017
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db             +Andrew P. Iwanowski,    120 W. Callowhill Street,    Perkasie, PA 18944-1866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
        BRADLY E ALLEN    on behalf of Debtor Andrew P. Iwanowski bealaw@verizon.net
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re: ANDREW P. IWANOWSKI
Debtor(s)

Case No. 16-14134/sr
Chapter 13

## ORDER

AND NOW, this ___ day of _____, 2017 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $2,500.00 plus reimbursement of expenses in the amount of $310.00 for a total of $2,810.00 of which $2,500.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated: **March 24, 2017**

HONORABLE STEPHEN RASLAVICH
United States Bankruptcy Judge