## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew P. Iwanowski | CHAPTER 13 |
|                    Debtor | |
| JPMorgan Chase Bank, National Association | |
|                    Movant | |
|        vs. | NO. 16-14134 SR |
| Andrew P. Iwanowski | |
|                    Debtor | |
| Frederick L. Reigle Esq. | |
|                    Trustee | Bankruptcy Rule 9037 |

## ORDER

AND NOW, this 25th  day of April, 2017,  upon consideration of the Motion of JPMorgan to Redact Claim No. 8, it is hereby:

ORDERED THAT: The Court shall restrict public access to the Proof of Claim Number 8.

It is further, ORDERED that Movant SHALL FILE A REDACTED Proof of Claim with the loan number redacted in all documents IN compliance with Fed. R .Bankr. P. 9037 ON OR BEFORE MAY 9, 2017;

If Movant fails to file a redacted proof of claim within the allowed time period, the request for authority to do so shall be deemed withdrawn and all terms of this Order shall be deemed vacated without further notice or hearing.

cc: See attached service list

_____
U. S. Bankruptcy Judge Stephen Raslavich

Andrew P. Iwanowski
120 W Callowhill Street
Perkasie, PA 18944

BRADLY E. ALLEN ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532