United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14134-sr
Andrew P. Iwanowski                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 1              Date Rcvd: Apr 25, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db             +Andrew P. Iwanowski,    120 W. Callowhill Street,    Perkasie, PA 18944-1866
13838407       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2017 01:16:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
       BRADLY E ALLEN    on behalf of Debtor Andrew P. Iwanowski bealaw@verizon.net
       DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
                bkgroup@kmllawgroup.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
       JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMorgan Chase Bank, National Association
                bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
       THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
                tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew P. Iwanowski<br>                    Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>                    Movant<br>          vs.<br>Andrew P. Iwanowski<br>                    Debtor | NO. 16-14134 SR |
| Frederick L. Reigle Esq.<br>                    Trustee | Bankruptcy Rule 9037 |

**ORDER**

AND NOW, this 25th day of April, 2017, upon consideration of the Motion of JPMorgan to Redact Claim No. 8, it is hereby:

ORDERED THAT: The Court shall restrict public access to the Proof of Claim Number 8.

It is further, ORDERED that Movant SHALL FILE A REDACTED Proof of Claim with the loan number redacted in all documents IN compliance with Fed. R .Bankr. P. 9037 ON OR BEFORE MAY 9, 2017;

If Movant fails to file a redacted proof of claim within the allowed time period, the request for authority to do so shall be deemed withdrawn and all terms of this Order shall be deemed vacated without further notice or hearing.

cc: See attached service list

_____
U. S. Bankruptcy Judge Stephen Raslavich

Andrew P. Iwanowski
120 W Callowhill Street
Perkasie, PA 18944

BRADLY E. ALLEN ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532