| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-14134-AMC

ANDREW P. IWANOWSKI
120 W. CALLOWHILL STREET
PERKASIE  PA    18944

Petition Filed Date: 06/08/2016
341 Hearing Date: 09/16/2016
Confirmation Date: 02/08/2017

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $250.00 | | 02/26/2019 | $250.00 | | 03/29/2019 | $250.00 | |
| 05/01/2019 | $250.00 | | 06/03/2019 | $250.00 | | 06/28/2019 | $250.00 | |
| 07/26/2019 | $250.00 | | 09/04/2019 | $250.00 | | 10/04/2019 | $250.00 | 6229643000 |
| 10/25/2019 | $250.00 | 6276335000 | 12/03/2019 | $250.00 | 6374839000 | 01/06/2020 | $250.00 | 6462689000 |
| 02/05/2020 | $250.00 | 6533945000 | 03/03/2020 | $250.00 | 6612134000 | 03/31/2020 | $250.00 | 6675290000 |
| 04/24/2020 | $250.00 | 6737118000 | 05/28/2020 | $250.00 | 6820240000 | 06/26/2020 | $250.00 | 6890509000 |
| 07/28/2020 | $250.00 | 6969816000 | | | | | | |

**Total Receipts for the Period: $4,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP  »» 001 | Unsecured Creditors | $4,248.23 | $1,206.60 | $3,041.63 |
| 5 | BANK OF AMERICA NA  »» 005 | Unsecured Creditors | $7,668.08 | $2,177.79 | $5,490.29 |
| 8 | NATIONSTAR MORTGAGE LLC  »» 008 | Mortgage Arrears | $1,071.36 | $1,071.36 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 002 | Unsecured Creditors | $3,093.94 | $878.70 | $2,215.24 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES  »» 003 | Unsecured Creditors | $7,637.45 | $2,169.13 | $5,468.32 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES  »» 004 | Unsecured Creditors | $1,740.62 | $483.43 | $1,257.19 |
| 7 | TD BANK USA NA  »» 007 | Unsecured Creditors | $7,556.63 | $2,146.01 | $5,410.62 |
| 6 | WELLS FARGO BANK NEVADA NA  »» 006 | Unsecured Creditors | $3,763.92 | $1,069.05 | $2,694.87 |

**Chapter 13 Case No. 16-14134-AMC**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $12,750.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $11,202.07 | Arrearages: | ($250.00) |
| Paid to Trustee: | $1,086.97 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $460.96 |  |  |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.