Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-14134-AMC**

ANDREW P. IWANOWSKI
120 W. CALLOWHILL STREET
PERKASIE  PA     18944

Petition Filed Date: 06/08/2016
341 Hearing Date: 09/16/2016
Confirmation Date: 02/08/2017

Case Status: Completed on 6/ 1/2021
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $250.00 | 6462689000 | 02/05/2020 | $250.00 | 6533945000 | 03/03/2020 | $250.00 | 6612134000 |
| 03/31/2020 | $250.00 | 6675290000 | 04/24/2020 | $250.00 | 6737118000 | 05/28/2020 | $250.00 | 6820240000 |
| 06/26/2020 | $250.00 | 6890509000 | 07/28/2020 | $250.00 | 6969816000 | 09/29/2020 | $250.00 | 7118594000 |
| 10/30/2020 | $250.00 | 7192660000 | 11/30/2020 | $250.00 | 7269904000 | 12/29/2020 | $250.00 | 7335577000 |
| 01/29/2021 | $250.00 | 7411360000 | 02/25/2021 | $250.00 | 7476790000 | 03/30/2021 | $250.00 | 7559268000 |
| 04/27/2021 | $250.00 | 7626322000 | 06/01/2021 | $250.00 | 7702724000 | | | |

**Total Receipts for the Period: $4,250.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $4,248.23 | $1,452.86 | $2,795.37 |
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $7,668.08 | $2,622.31 | $5,045.77 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $1,071.36 | $1,071.36 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 002 | Unsecured Creditors | $3,093.94 | $1,058.03 | $2,035.91 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $7,637.45 | $2,611.88 | $5,025.57 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,740.62 | $595.29 | $1,145.33 |
| 7 | TD BANK USA NA<br>»» 007 | Unsecured Creditors | $7,556.63 | $2,584.05 | $4,972.58 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $3,763.92 | $1,287.25 | $2,476.67 |

**Chapter 13 Case No. 16-14134-AMC**

| **SUMMARY** |
| --- |

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $15,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $13,283.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,259.47 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $457.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.