United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew P. Iwanowski  
　　Debtor

Case No. 16-14134-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　User: admin　　　　　　　　　Page 1 of 3  
Date Rcvd: Jul 28, 2021　　　　　　Form ID: 138NEW　　　　　　Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew P. Iwanowski, 120 W. Callowhill Street, Perkasie, PA 18944-1866 |
| cr | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13741543 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13741544 | | Bank of America, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle St., Ste. 2200, Chicago, IL 60602-1069 |
| 13832253 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14409016 | + | JPMorgan Chase Bank, National Association, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14408748 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14448802 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 13741554 | | Sleepy's/Synchrony Bank, c/o Encore Receivable Mgmt., Inc., 400 N. Rogers Road, P O. Box 3330, Olathe, KS 66063-3330 |
| 13741555 | #+ | Suzanne Cleary, 2-B Fairview Avenue, Perkasie, PA 18944-1654 |
| 13741556 | | Target, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 13741557 | + | Target, C/O Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 13833483 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13741558 | | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13741546 | | Email/Text: mediamanagers@clientservices.com | Jul 28 2021 23:25:00 | Capital One, c/o Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 13741545 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:35:11 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13754781 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:35:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13741547 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:35:30 | Chase, P. O. Box 24696, Columbus, OH 43224-0696 |
| 13838407 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

Case 16-14134-amc   Doc 59   Filed 07/30/21   Entered 07/31/21 00:36:14   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 31 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 28 2021 23:35:30 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13760436 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13788503 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:35:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13741548 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:18 | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 13741549 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:25 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 13741551 | Email/Text: mediamanagers@clientservices.com | Jul 28 2021 23:25:00 | Sears Mastercard, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 13741550 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:35:24 | Sears Mastercard, c/o Portfolio Recovery Associates, LLC, P. O. Box 12914, Norfolk, VA 23541-0914 |
| 13741553 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 23:26:00 | Sleepy's/Synchrony Bank, c/o MCM, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13741552 | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:35:24 | Sleepy's/Synchrony Bank, Attn: Bankruptcy Department, P. O. Box 965061, Orlando, FL 32896-5061 |
| 13835524 | + Email/Text: bncmail@w-legal.com | Jul 28 2021 23:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Andrew P. Iwanowski bealaw@verizon.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 31 |

JOSHUA I. GOLDMAN
    on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Andrew P. Iwanowski

      Debtor(s)

Bankruptcy No: 16−14134−amc

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 7/28/21

                                        58 − 56
                                Form 138_new